## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Eileen Walden,                                        :
                       Petitioner                     :
                                                      :
           v.                                         :        No. 1335 C.D. 2020
                                                      :
Public Utility Commission,                            :
                       Respondent                     :

**PER CURIAM**                     **O R D E R**

NOW, June 9, 2022, having considered Petitioner's application for reargument, the application is denied.